## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., )<br><br>        *Plaintiff*, )<br><br>        *v.* )<br><br>U.S. DEPARTMENT OF JUSTICE, )<br><br>        *Defendant*. ) | Case No. 1:22-cv-00734-CJN |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant, the U.S. Department of Justice, moves for summary judgment pursuant to Federal Rule of Civil Procedure 56.  Attached in support of Defendant's motion are a memorandum of points and authorities, the declaration of Vanessa R. Brinkmann, a statement of material facts not in dispute, and a proposed order.

Dated: September 30, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
(D.C. Bar. No. 099857)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-0878
E-mail: Bradley.Humphreys@usdoj.gov

*Counsel for Defendant*