IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br><br> *Defendant*. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:22-cv-00734-CJN |

**[PROPOSED] ORDER**

Upon consideration of the parties' cross motions for summary judgment, the parties' oppositions and replies, and the entire record herein, it is hereby ORDERED that Defendant's motion is GRANTED and that Plaintiff's motion is DENIED. Judgment is hereby entered in favor of Defendant.

Dated: _____              _____
                                                                    CARL J. NICHOLS
                                                                    United States District Judge